UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20583-CIV-GRAHAM/GOODMAN
(CASE NO. 10-20779-CR-GRAHAM)

RICARDO JAVIER ABUCHAR,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243
AND FIXING TIME FOR RESPONSE AND REPLY**

    Ricardo Javier Abuchar filed a motion to vacate pursuant to 28 U.S.C. § 2255, attacking a federal conviction and/or sentence. It is thereupon **ORDERED AND ADJUDGED** as follows:

1.    COUNSEL FOR THE RESPONDENT IS INSTRUCTED TO ALWAYS USE THE CIVIL CASE NUMBER AS WELL AS THE CRIMINAL CASE NUMBER ON ALL FILINGS IN THIS § 2255 PROCEEDING.

2.    To prevent motions for extension of time, counsel for the respondent is notified that an extended period for the response has been provided in this case. NO MOTIONS FOR EXTENSION OF TIME WILL BE GRANTED EXCEPT UNDER THE MOST EXTRAORDINARY CIRCUMSTANCES, WHICH WILL PROBABLY REQUIRE A HEARING IN OPEN COURT.

3.    Respondent's counsel shall notify this office by telephone within one week of receipt of this Order and provide the name of the Assistant United States Attorney to whom the case is assigned.

4.	On or before **forty-five (45) days from the date of this order**, the respondent shall file a memorandum of fact and law to show cause why this motion should not be granted, **and shall file therewith all documents and transcripts necessary for the resolution of this motion regardless of whether they are in the Court file**. Respondent shall support all factual assertions with <u>citations to record evidence</u> in a manner that will enable the Court to find the referenced materials.  <u>Responses lacking clear citations to the record are not useful to the Court</u>.

5.	Counsel for the respondent is requested to caption the response as a "response" or an "answer" and **not** a "motion to dismiss." The statute, 28 U.S.C. § 2243, calls for a "return;" Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts calls for an "answer." When a response, return, or answer is labeled as a motion to dismiss, it confuses the Court's electronic docketing system.

6.	The respondent shall submit a proposed order prepared for the signature of the United States Magistrate Judge, to accompany **all motions** sent to this Court until the final disposition of the case, in compliance with Local Rule 7.1 A(2).

7.	Pursuant to Rule 5(d), Rules Governing Section 2255 Proceedings for the United States District Courts, the petitioner may submit a reply within **thirty (30) days from the filing of the response** or shall timely notify the Court after the response has been filed that the petitioner will not file a reply.

**DONE AND ORDERED** in Chambers, at Miami, Florida, February 15, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Hon. Donald Graham
Counsel of Record